# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAOLO GIOVANNI PRONESTI,
Appellant,
vs.
MACINA MARIE RAMETTA,
Respondent.

No. 75580

FILED

MAY 2 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on April 16, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Charles J. Hoskin, District Judge, Family Court Division
Paolo Giovanni Pronesti
Macina Marie Rametta
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-19507